**ARRAIGNMENT ON INDICTMENT/**  DATE/TIME: 12/20/2011 at 9:30 a.m.
**MOTION HEARING ON BOND**

USA v. Steven Thompson  CASE NUMBER: 3:11cr181

Plaintiff's Counsel:  Sheila Lafferty on behalf of Brent Tabacchi

Defendant's Counsel:  Thomas Anderson

Defendant appeared with counsel.

Acknowledged receipt of Indictment.

Defendant waived defects of service.

Defendant waived reading of Indictment.

Defendant entered plea(s) of  Not Guilty  to Count(s)  1, 2 and 3 of the Indictment.

Trial set for 2/21/2012.

Bond  Detained until trial.

Other:  Motion for Reconsideration is DENIED.

COURT REPORTER:  Debra Futrell            CONVENE:  9:38

DEPUTY CLERK:      Kathleen Ernst          RECESS:    10:04